

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-17-2008

# In Re: Emmett Nelson

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-3820

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"In Re: Emmett Nelson " (2008). *2008 Decisions.* Paper 350.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/350

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-3820

IN RE: EMMETT NELSON,
                                        Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to D.C. Civil No. 3:07-cv-00071)

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 30, 2008

Before:  SCIRICA, Chief Judge, WEIS AND GARTH, Circuit Judges

(Opinion filed: October 17, 2008)

OPINION

PER CURIAM.

        On March 27, 2007, Petitioner Emmett Nelson, a federal prisoner

proceeding pro se, petitioned the District Court for a writ of habeas corpus pursuant to 28

U.S.C. § 2241, challenging the computation of his federal sentence.  The District Judge

referred the petition to a Magistrate Judge.  On September 5, 2008, Nelson petitioned this

Court for a writ of mandamus, requesting an order compelling the District Court to act

1

upon his habeas petition. On September 11, 2008, the Magistrate Judge issued a Report recommending denial of Nelson's habeas petition. On September 29, 2008, the District Court adopted the Report and denied Nelson's petition. Given that Nelson has now received the relief he seeks in his mandamus petition – a ruling on his habeas petition – we will deny his mandamus petition, along with his motion for appointment of counsel, as moot.